IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01533-BNB

CYNTHIA PINKEY,
    Plaintiff,

v.

ADAMS COUNTY SHERIFF DEPT.,
TOM CLEMENTS, Executive Director of CDOC,
WARDEN ZUPAN, Warden of La Vista, and
KELLY WASKO, Medical Director of La Vista,
    Defendants.

ORDER OF DISMISSAL

    Plaintiff, Cynthia Pinkey, initiated this action by filing *pro se* a Prisoner's Complaint (ECF No. 1) and a copy of her inmate trust fund account statement (ECF No. 3). On June 14, 2012, Magistrate Judge Boyd N. Boland entered an order directing Ms. Pinkey to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Boland ordered Ms. Pinkey either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 along with a certified copy of her inmate trust fund account statement in support of the 28 U.S.C. § 1915 motion. Magistrate Judge Boland noted that the inmate trust fund account statement Ms. Pinkey had submitted was not certified by a prison official and was not current. Ms. Pinkey was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

    On June 22, 2012, Ms. Pinkey submitted a current, certified copy of her inmate trust fund account statement (ECF No. 5). However, she has failed to cure all of the

deficiencies because she has failed either to pay the filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies within the time allowed.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal she also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Prisoner's Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Ms. Pinkey failed to cure all of the deficiencies as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   20th   day of    July    , 2012.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court